UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DR. LEAMON MADISON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLQUITT COUNTY SCHOOL DISTRICT, ET AL.,<br>,<br>    Defendants. | CIV. ACTION NO. 7:23-CV-00031-WLS |

**STIPULATION FOR EXTENSION OF TIME**

Defendant Pat Anderson was served with Plaintiff's Complaint on April 13, 2023. Presently, the deadline by which the Defendant Anderson must respond to the Complaint is May 4, 2023.

Pursuant to L.R. 6.1, Plaintiff and Defendant Anderson have stipulated and agreed that Defendant Anderson shall have an extension until and through May 17, 2023 to respond to the Complaint in this action.

****

SO ORDERED this 1st day of May, 2023.

W. Louis Sands, Sr. Judge
United States District Court

1

This 27th day of April, 2023.

| PEREIRA, KIRBY KINSINGER & NGUYEN, LLP | WILLIAMS OINONEN, LLC |
|---|---|
| *s/Aparesh Paul* | *s/ Julie Oinonen (w/ permission)* |
| Aparesh Paul | Julie Oinonen |
| Georgia Bar No.: 362648 | Georgia Bar No.: 722018 |
| 340 Jesse Jewell Parkway, Suite 750 | 44 Broad Street, NW, Suite 200 |
| Gainesville, GA 30501 | Atlanta, GA 33300 |
| Telephone: (770) 534-7341 | Telephone: (404) 654-0288 |
| Fax: (770) 532-0399 | Fax: (404) 592-6225 |
| E-mail: apaul@pkknlaw.com | E-mail: julie@goodgeorgialawyer.com |
| ATTORNEYS FOR DEFENDANTS | ATTORNEY FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2023. I electronically filed the *Stipulation for Extension of Time* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Julie Oinonen – julie@goodgeorgialawyer.com

**PEREIRA, KIRBY KINSINGER & NGUYEN, LLP**

*s/Aparesh Paul*
Aparesh Paul
Georgia Bar No. 362648

ATTORNEY FOR DEFENDANTS

340 Jesse Jewell Parkway
Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
E-mail: apaul@pkknlaw.com