UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DR. LEAMON MADISON, <br><br> Plaintiff, <br><br> vs. <br><br> COLQUITT COUNTY SCHOOL DISTRICT, ET AL., <br><br> Defendants. | CIV. ACTION NO. 7:23-CV-00031-WLS |

**LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

On January 18, 2024, Plaintiff filed his Amended Complaint in the captioned case. See, Dkt. No. 30. Per Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to respond to the Amended Complaint is February 1, 2024. Pursuant to Local Rule 6.1, the parties hereby stipulate that Defendants shall have a thirty (30) day extension of time until and including **March 4, 2024**[1] within which to respond to Plaintiff's Amended Complaint.

Stipulated to on this 30th day of January, 2024 by:

        **PEREIRA, KIRBY, KINSINGER and NGUYEN, LLP**

        *s/Aparesh Paul*
        Aparesh Paul
        GA Bar No. 362648

---

[1] The thirty-day period provided under Local Rule 6.1 expires on Sun., March 3. Under Fed. R. Civ. P. 6(a)(1)(c) and Local Rule 6.3, where the last day of a period of time specified in the federal or local civil rules falls on a weekend or holiday, the period runs until the next non-holiday or non-weekend day.

SO ORDERED this 2nd day of February, 2024

W. Louis Sands, Sr. Judge
United States District Court

|  |  |
|---|---|
|  | COUNSEL FOR DEFENDANTS |
| 210 Washington St. NW, Ste 203 |  |
| Gainesville, GA 30501 |  |
| Telephone: (770) 534-7341 |  |
| Fax: (770) 532-0399 |  |
| E-mail: apaul@pkknlaw.com |  |

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

COUNSEL FOR PLAINTIFF

3344 Peachtree Road NE, Suite 800
Atlanta, GA 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2024. I electronically filed the foregoing **LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Julie Oinonen – julie@goodgeorgialawyer.com

**PEREIRA, KIRBY KINSINGER & NGUYEN, LLP**

*s/Aparesh Paul*
Aparesh Paul
Georgia Bar No. 362648

210 Washington St. NW
Suite 203
Gainesville, Georgia 30501          ATTORNEY FOR DEFENDANTS
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
E-mail: apaul@hhhlawyers.com