UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DR. LEAMON MADISON,<br><br>Plaintiff,<br><br>vs.<br><br>COLQUITT COUNTY SCHOOL DISTRICT, ET AL.,<br><br>Defendants. | CIV. ACTION NO. 7:23-CV-00031-WLS |

**LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

On July 3, 2024, Plaintiff filed his Second Amended Complaint in the captioned case. See, Dkt No. 43. Per Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to respond to the Second Amended Complaint is July 17, 2024. Pursuant to Local Rule 6.1, the parties hereby stipulate that Defendants shall have a thirty (30) day extension of time until and including **August 16, 2024** within to respond to Plaintiff's Second Amended Complaint.

Stipulated to on this 10th day of July, 2024 by:

PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP

*s/ Aparesh Paul*
Aparesh Paul
Georgia Bar No. 362648

ATTORNEY FOR DEFENDANT

SO ORDERED this __15th__ day
of __July, 2024__,

__W. Louis Sands__
W. Louis Sands, Sr. Judge
United States District Court

210 Washington Street NW Ste. 203
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: apaul@pkknlaw.com

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

ATTORNEY FOR PLAINTIFF

3344 Peachtree Road NE, Suite 800
Atlanta, Georgia 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2024. I electronically filed the foregoing **LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Julie Oinonen – julie@goodgeorgialawyer.com

**PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP**

*s/ Aparesh Paul*
Aparesh Paul
Georgia Bar No. 362648

210 Washington Street NW Ste. 203
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: apaul@pkknlaw.com

ATTORNEY FOR DEFENDANT