IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEAMON MADISON : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.: 7:23-CV-00031 (WLS) |
| : | |
| COLQUITT COUNTY SCHOOL : | |
| DISTRICT, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

  Before the Court is the Parties' Joint Motion Regarding Plaintiff's Amended Complaint and Defendants' Responses ("the Motion") (Doc. 47). Therein, the Parties move the Court to allow Plaintiff until November 4, 2024, to file a motion to amend his complaint, and to vacate Defendants' current stipulated deadline to submit a responsive pleading. On August 16, 2024, the Parties were Ordered (Doc. 48) to supplement their motion explaining why such a long period is justified.

  After the Court's review of the Parties' Joint Response Regarding Need for Extension (Doc. 49), it is still unclear why such a lengthy extension is necessary. Despite being ordered to supplement their motion, the Parties have provided no particularized information related to the circumstances of the case that would warrant such an extension. Thus, the Parties' motion is **GRANTED-IN-PART.** Plaintiff is hereby **ORDERED**, if Plaintiff so chooses, to file a Motion to Amend the Complaint within **forty-five (45) days** of the entry of this Order. As such, Defendants' current stipulated deadline to submit a responsive pleading is **VACATED**. After forty-five days, and if no motion to amend is filed, Defendants shall have **twenty-one (21) days** thereafter within which to file their response to Plaintiff's existing complaint.

  **SO ORDERED**, this 20th day of August 2024.

               /s/ W. Louis Sands
               **W. LOUIS SANDS, SR. JUDGE**
               **UNITED STATES DISTRICT COURT**