# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DR. LEAMON MADISON, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 7:23-CV-00031-WLS |
| COLQUITT COUNTY SCHOOL DISTRICT, ET AL., | |
| Defendants. | |

## LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

On November 1, 2024, Plaintiff filed his Third Amended Complaint in the captioned case. See, Dkt. No. 53. Per Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to respond to the Third Amended Complaint is November 15, 2024. Pursuant to Local Rule 6.1, the parties hereby stipulate that Defendants shall have a thirty (30) day extension of time until and including **December 16, 2024**[1] within which to respond to Plaintiff's Third Amended Complaint.

Stipulated to on this 11th day of November, 2024 by:

                                 PEREIRA, KIRBY,
                                 KINSINGER and NGUYEN, LLP

                                 *s/Aparesh Paul*
                                 Aparesh Paul
                                 GA Bar No. 362648

---

[1] The thirty-day period provided under Local Rule 6.1 expires on Sunday, December 15. Under Fed. R. Civ. P. 6(a)(1)(c) and Local Rule 6.3, where the last day of a period of time specified in the federal or local civil rules falls on a weekend or holiday, the period runs until the next non-holiday or non-weekend day.

COUNSEL FOR DEFENDANTS

210 Washington St. NW, Ste 203
Gainesville, GA 30501
Telephone: (770) 534-7341
Fax: (770) 532-0399
E-mail: apaul@pkknlaw.com

**WILLIAMS OINONEN LLC**

/s/ JULIE OINONEN
Julie Oinonen
Ga. Bar No. 722018

COUNSEL FOR PLAINTIFF

3344 Peachtree Road NE, Suite 800
Atlanta, GA 30326-4807
(404) 654-0288/ (404) 592-6225 FAX
julie@goodgeorgialawyer.com

SO ORDERED this 14th day of November, 2024.

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court