**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| LEAMON MADISON, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:23-CV-00031 (WLS) |
| | : | |
| COLQUITT COUNTY SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| | : | |
|     Defendants. | : | |
| | : | |

## ORDER

On February 27, 2026, the Court received electronic communications from the Parties, via the Courtroom Deputy, in the above-captioned case. Therein, Plaintiff's Counsel states that she has been unable, despite her repeated requests, to schedule a meeting with Defendants' Counsel to resolve certain discovery issues related to the production of discovery materials and electronically stored information, and that the Parties have also encountered issues regarding deposition scheduling. Plaintiff's Counsel requests that the Court order the Parties to meet to discuss these issues. Defendants' Counsel responded, stating that it is the Defendants' view that there is no discovery dispute, that the Parties have agreed upon dates for depositions, and that he has agreed to meet with Plaintiff's Counsel in the coming days to discuss any concerns related to discovery.

Upon review of the Parties' communications, it appears that Counsel have resolved the issues raised in Plaintiff's Counsel's initial email, and that no further intervention by the Court is necessary at this time. The Court issues this Order to remind the Parties of the Court's 21-day rule for motions made under Fed. R. Civ. P. 37, and that the Parties may, by agreement, request a phone conference with the Court to discuss issues pertaining to discovery in lieu of a formal motion by contacting the Courtroom Deputy. Further, while the Court welcomes communications that accompany filed, formal motions, the Court reminds the Parties that letters or electronic communications that contain requests for relief, responses, or other statements which should be filed on the Docket will not be considered for adjudication.

1

The Parties are therefore **INSTRUCTED** to file all motions, responses, and requests for relief, including requests for extensions of deadlines, in the appropriate motion format so that the Court may formally address the matters at issue. If there is a matter of urgency or other special circumstances, the Parties may state as much in their filing for the Court's consideration. The moving party may also notify the Court in the event that the non-moving party or parties have consented to the motion or to the relief requested, or if a motion is filed jointly by all parties. Any informal letters or communications with the Court that are intended to serve as responses, requests for relief, or other similar purposes will not be accepted.

**SO ORDERED**, this 3rd day of March 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2