IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LEAMON MADISON,                          :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :        CASE NO.:  7:23-CV-00031 (WLS)
                                         :
COLQUITT COUNTY SCHOOL                    :
DISTRICT, *et al.*,                      :
                                         :
        Defendants.                      :
                                         :

## Order of Referral

Before the Court is Plaintiff's Motion for Contempt, Motion to Compel, Motion for Sanctions Against All Defendants (Doc. 94) ("Motion"), filed on April 26, 2026. Defendants' response to the Motion is due on May 17, 2026. Plaintiff has also filed a Supplement (Doc. 95) to his Motion seeking additional relief from the Court.

Under 28 U.S.C. § 636 and the Local Rules, a district court judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except for certain motions. 28 U.S.C. § 636(b)(1)(A); *see* M.D. Ga. L.R. 72.2. A district court judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to the district court judge proposed findings of fact and recommendation for the disposition of said matter. § 636(b)(1)(B). The consent of the Parties is not required where the district judge refers non-dispositive motions and other pre-trial matters to a magistrate judge for hearing and determination, subject to review by the district judge. *Barber v. Warden of Fed. Corr. Inst.*, No. 2:14-cv-1910, 2017 WL 7691862, 2017 U.S. Dist. LEXIS 218298 (N.D. Ala. Nov. 28, 2017).

Accordingly, the Court hereby **REFERS** Plaintiff's Motion (Doc. 94) and accompanying Supplement (Doc. 95), and any responses thereto, to United States Magistrate Judge Alfreda L. Sheppard for consideration and any additional steps, including further

1

briefing or evidentiary hearings, she finds appropriate or necessary to make a report and recommendation to the Court.

      **SO ORDERED**, this 8th day of May 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2