**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| LEAMON MADISON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:23-CV-00031 (WLS) |
| | : | |
| COLQUITT COUNTY SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>ORDER</u>**

Before the Court is a Joint Motion for Extension of Fact Discovery Period (Doc. 108), filed by the Parties on June 11, 2026. Therein, the Parties move for an extension of the discovery period from the current deadline of July 31, 2026, through September 30, 2026. (*Id.*)

Previously, the Court referred Plaintiff's Motion for Contempt, Motion to Compel, Motion for Sanctions Against All Defendants (Doc. 94) and accompanying Supplement (Doc. 95) to United States Magistrate Judge Alfreda L. Sheppard for consideration to make a report and recommendation to the Court. (Doc. 96). Subsequently, Defendants filed a Motion for Protective Order (Doc. 98), and Plaintiff filed a Second Supplement (Doc. 99) to his previously filed Motion for Contempt. Those motions are also referred to Judge Sheppard who has scheduled a hearing on the pending motions for July 10, 2026. (Doc. 109). The Parties state in the Joint Motion that they wish to reschedule certain unspecified depositions until after the discovery issues raised in the motions are resolved. (Doc. 108 at 1–2).

Given the indeterminate amount of time it may take to receive Judge Sheppard's report and recommendation on the pending motions, it would be difficult for the Court to determine the appropriate length of a discovery extension, to the extent one is necessary, at this stage. As such the Parties' Joint Motion (Doc. 108) shall be **HELD IN ABEYANCE** while the Court awaits Judge Sheppard's recommendation. Once the recommendation is received, the Court will confer with the Parties to determine whether an extension of the discovery period

1

is necessary, providing each Party with the opportunity to state their respective positions regarding the need for and appropriate duration of such extension.

**SO ORDERED**, this 17th day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2